FILED
2005 Jul-25 AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **GLENN PAUL COOK**           )<br>                                                )<br>    **Petitioner,**                     )<br>                                                )    **Case Numbers: CR 03-S-141-E**<br>    **vs.**                                    )                              **CV 05-S-8037-E**<br>                                                )<br>**UNITED STATES OF AMERICA,**  )<br>                                                )<br>    **Respondent**                    ) | |

## ORDER

On June 16, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed fifteen days in which to file objections. Petitioner filed objections to the magistrate judge's report and recommendation on June 30, 2005. After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge, and ACCEPTS his recommendations. Accordingly, it is ORDERED, ADJUDGED, and DECREED that petitioner's "Motion to Transfer State to Federal" filed in *United States v. Glenn Paul Cook*, 1:03-cr-00141-CLS-HGD, and the Motion to Vacate, Set Aside and Correct Sentence filed pursuant to 28 U.S.C. § 2255 are due to be, and they hereby are, DENIED.

DONE this 22nd day of July, 2005.

_____
United States District Judge